# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### COURT FILE NO.: 3:11-531

Michael D. Rossi and Julie P. Rossi,

      Plaintiff

v.

Nelson, Watson & Associates, LLC,

      Defendants

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE: COMES NOW, Michael D. Rossi and Julie P. Rossi and file this Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a).

1.     Michael D. Rossi and Julie P. Rossi are the Plaintiffs in this proceeding.

2.     Nelson, Watson & Associates, LLC, are the Defendants in this proceeding.

3.     Plaintiffs, Michael D. Rossi and Julie P. Rossi sued Nelson, Watson & Associates, LLC.

4.     No attorney for the Defendants has entered an appearance on their behalf.

5.     Plaintiffs hereby wish to dismiss the above matter with prejudice.

WHEREFORE, Plaintiffs, Michael D. Rossi and Julie P. Rossi, hereby dismiss their claims against Defendant Nelson, Watson & Associates, LLC, with prejudice.

Dated: April 28, 2011

Respectfully submitted,
**RAPA LAW OFFICE, P.C.**

By: /s/Jason M. Rapa
Jason M. Rapa, Esquire
Attorney for Plaintiff
PA Attorney I.D. No. 89419
141 S. 1ST Street
Lehighton, PA 18235
Telephone (610) 377-7730